**STATE EX REL. David BRIGNAC**

v.

**STATE of Louisiana**

**No. 2016-KH-363**

Supreme Court of Louisiana.

August 31, 2016

Applying for Reconsideration of this Court's action dated April 4, 2016; Parish of Jefferson, 24th Judicial District Court Div. L, No. 14-6228; to the Court of Appeal, Fifth Circuit, No, 15-K-678;

IN RE: David Brignac—Plaintiff;

Reconsideration denied.

**RADCLIFFE 10, L.L.C.**

v.

**Ronald G. BURGER and Lynda O. Burger**

In re: Lynda O. Burger; Ronald G. Burger, et al., Defendant(s)

**NO. 2016-00768**

Supreme Court of Louisiana.

September 6, 2016

Applying For Writ of Certiorari and/or Review, Parish of St. Tammany, 22nd Judicial District Court Div. G, No. 2007-12232; to the Court of Appeal, First Circuit, No. 2014 CA 0347;

Granted. See Order Attached.

HUGHES, J., recused.

**STATE of Louisiana**

v.

**Dontrell BEAL**

**NO. 2016-KK-0853**

Supreme Court of Louisiana.

September 6, 2016

Applying For Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. B, No. 14-6532; to the Court of Appeal, Fifth Circuit, No. 15-K-806;

Granted.